# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

### 24-cv-04592-OEM-CLP

Jonathan Benamou,

           Plaintiff,

v.

Adina Miles

           Defendants

**Index number:**

**First Complaint and demand for jury trial**

## INTRODUCTION

1.     Plaintiff Pro Se, Jonathan Benamou, brings this action against the Defendant for their intentional malicious extortion conspiracy directed against me. The allegations herein of Plaintiff are based upon personal knowledge and belief as to his own acts and upon information and belief as to all other matters.

2.     I ask this Court to punish the Defendant with great severity as their actions were wanton, malicious and caused me permanent reputation and emotional damage and cannot be countenanced in a civilized society.

3.     The injuries and damages suffered by me were direct and intentional consequences of the acts committed by the Defendant. I suffered significant psychological and emotional injuries as a result. Defendant must be held accountable and I filed this Complaint to do just that.

## JURISDICTION AND VENUE

4.      Plaintiff brings this suit pursuant to 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, which is a diversity jurisdiction case.

5.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

6.      Plaintiff, Jonathan Benamou resides at 5201 White Flint Drive

Kensington, MD 20895. Plaintiff's telephone number is +1 (732) 929-5671 and email address is yonibenamou@gmail.com

7.      Defendant, Adina Miles, resides at 1776 Marine Parkway

Brooklyn, NY 11234.

## STATEMENT OF CLAIM

8.      The incidents that gave rise to this action took place on social media platform Instagram, and also took place in Kiryas Yoel, New York.

## FACTS

9.      On February 4, 2024, Adina Miles, using her highly followed and popular Instagram account(over 60,000 followers), organized a protest in Kiryas Yoel, New York for the purpose of coercing Volvy Berkowitz to grant his wife a Jewish Divorce.

10.      Many Ultra Orthodox Jews counter protested against Ms. Miles and her comrades.

11.    I was standing on the side of the Ultra Orthodox Jews.

12.    Adina Miles spotted me and took out her phone and started recording herself hurling insults at me.

13.    Ms. Miles was speaking directly to me and stated that I threatened to kill my wife when she was pregnant.

14.    After the protest, Ms. Miles posted the video of herself berating and scolding me on her own Instagram account on February 6, 2024.

15.    Ms. Miles posted the video of her accusing me of threatening to kill my wife while she was pregnant. While posting said video, Ms. Miles added a feature that spelled out the words she spoke in text format. Accordingly, her former verbal accusation transformed into a written one.

## <u>FIRST CAUSE OF ACTION-INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

16.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "15" herein with the same force and effect as if the same were set forth at length herein.

17.    Due to the aforementioned post and false accusations against me, I received numerous unsolicited communications, which were sent for purposes of harassing and extorting me into granting my estranged wife a Jewish Divorce.

18.    The ongoing post of said video is causing me to receive perpetual harassing and unwanted communications from strangers.

19.    Ms. Miles intentionally posted said video for the purpose of causing me to receive said communications.

20.    I am suffering from much anxiety, trauma and various other ailments due to the intentional acts of Ms. Adina Miles.

## SECOND CAUSE OF ACTION-DEFAMATION

21.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "20" herein with the same force and effect as if the same were set forth at length herein.

22.    Ms. Miles falsely accused me of the jailable crime of threatening to kill my wife while she was pregnant.

23.    Never did I threaten to kill my wife nor was I ever convicted or even formally charged with said accusation.

24.    Miles' accusation fits the label for slander and defamation per se due to her posting the actual words on her Instagram account.

25.    Ms. Miles defamed me for purposes of convincing members of the public to ostracize me and not provide me with employment opportunities. Indeed, due to said false accusations I am constantly receiving rejections from various employment opportunities with potential employers citing said false accusations as the reason for their refusal to hire me.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Pro Se Jonathan Benamou requests that the Court enter an Order, adjudge, and decree in favor of Plaintiff for:

A.      An award of Compensatory damages to the Plaintiff in an amount to be determined at trial but not less than $500,000,000.

B.      A permanent injunction enjoining the Defendant from speaking about the Plaintiff in any public forum including but not limited to all forms of social media;

C.      A permanent injunction preventing the Defendant from contacting me in any form whatsoever, including a no-third party contact provision and preventing the Defendant from engaging in any form of harassment against me or any of my family, friends or acquaintances.

D.      A permanent injunction enjoining the Defendants to remove all defamatory posts and comments that are still posted on their social media platforms;

E.      An award of treble as well as punitive damages due to Defendants' actions as willful, wanton, and malicious in any amount to be determined at trial;

F.      An award of such other and further relief as the Court may deem just and proper.

### PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11. I agree to notify the

Clerk's Office in writing of any changes to my mailing address. I understand that my failure to

keep a current address on file with the Clerk's Office may result in the dismissal of my case..

Dated: 2/29/2024

Jonathan Benamou

/s/ Jonathan Benamou

5201 White Flint Drive

Kensington, MD 20895. Plaintiff's telephone number is +1 (732) 929-5671 and email address is

yonibenamou@gmail.com

U.S. POSTAGE PAID
FCM LG ENV
DANIA, FL 33004
JUN 14, 2024
**$2.11**
S2324E501666-06
11201
Retail
UNITED STATES POSTAL SERVICE
RDC 99

USMS

JUN 21 2024
BROOKLYN OFFICE

**FROM:**
Jonathan Benamou
5201 White Flint Drive
Kensington, MD 20895

**TO:**
USDC EDNY-ProSe Department
225 Cadman Plaza East
Brooklyn, NY 11201

Utility Mailer
10 1/2" x 16"