UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JONATHAN BENAMOU,

                Plaintiff,                             **ORDER**
                                                                  24-CV-4592 (OEM) (CLP)
       -against-

ADINA MILES,

                Defendant.
-------------------------------------------------------------------x
**ORELIA E. MERCHANT, United States District Judge.**

       Plaintiff Jonathan Benamou brings this pro se complaint invoking the Court's diversity jurisdiction under 28 U.S.C. § 1332. ECF 1, "Compl.". Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. ECF 2. By Memorandum and Order dated August 26, 2024, the Complaint was dismissed without prejudice for lack of subject matter jurisdiction, and Plaintiff was granted leave to file an Amended Complaint. ECF 8. On August 29, 2024, Plaintiff filed an Amended Complaint as directed. ECF 10. Plaintiff's claims shall proceed.

       The Clerk of Court shall issue a summons and the United States Marshals Service is directed to serve the Summons, Complaint, Amended Complaint, and this Order upon Defendant without prepayment of fees. The Clerk of Court shall also send a copy of this Order to Plaintiff.

       SO ORDERED.

                                                          /s/ Orelia E. Merchant
                                                          ORELIA E. MERCHANT
                                                          United States District Judge

Dated: September 23, 2024
       Brooklyn, New York