UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Benamou

                       Plaintiff(s),

    v.

Miles

                      Defendant(s).

1:24-cv-04592-OEM-CLP

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Baruch Cohen, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Law Office of Baruch Cohen, APLC
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 159455
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:24-cv-04592-OEM-CLP for _____.

Date 10/23/24

*[signature]*
Signature of Movant
Firm Name Law Office of Baruch C. Cohen, APLC
Address 4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010

**NOTARIZED**

Email baruchcohen@baruchcohenesq.com,
Phone (323) 353-9535

See Attached
CA Jurat

**CALIFORNIA JURAT** GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of  Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of October, 20 24, by
  Date          Month          Year

(1) Baruch cohen

(and (2) _____ ),
         Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
          Signature of Notary Public

[Notary Seal: JEREMY STEPEN, Notary Public - California, Los Angeles County, Commission # 2357440, My Comm. Expires Jun 8, 2025]

*Place Notary Seal and/or Stamp Above*

─── OPTIONAL ───

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Affidavit In Support of motion to Admit Counsel Pro Hac Vice

Document Date: Oct. 23, 2024       Number of Pages: 1

Signer(s) Other Than Named Above: N/A

©2019 National Notary Association