UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN BENAMOU,

                    Plaintiff,

      -against-                                   **ORDER**
                                                        24 CV 4592 (OEM) (CLP)

ADINA MILES,

                    Defendant.
------------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

      On November 26, 2024, the parties appeared before the undersigned for an Initial Conference. At the conference, the Court set a briefing schedule for each of the parties' pending motions.

      By **December 9, 2024**, plaintiff is Ordered to file a letter in response to defendant's motion to clarify plaintiff's legal representation status (ECF No. 25).

      By **December 16, 2024**, defendant is Ordered to file a letter in response to plaintiff's motion to stay defendant's discovery requests (ECF No. 22). Defendant's letter should address why the requests are relevant and proportional to the issues raised in the case. Defendant should also provide the Court with a copy of its document requests and interrogatories for the Court's review. Plaintiff may submit any arguments in response by **January 20, 2025**.

      Plaintiff is required to advise the Clerk of Court in writing of any change of address. Failure to keep the Court informed of plaintiff's current address means that the Court will not know where to contact plaintiff, and this may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665. The Court has included with this Order a flyer providing information about the Court's *Pro Se* Legal Assistance Clinic. Plaintiff can also find more information tailored to *pro se* litigants on the Eastern District of New York's website.

1

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
December 2, 2024

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

# Federal Pro Se Legal Assistance Project

The Federal Pro Se Legal Assistance Project is a free service offered by the City Bar Justice Center of the New York City Bar Association.

### Who We Help:
- Self-represented (pro se) plaintiffs and defendants with civil cases in the U.S. District Court for the Eastern District of New York.
- Individuals thinking about filing a federal case pro se in the E.D.N.Y.
- *We cannot assist incarcerated litigants until they return to the community.*
- *We cannot assist with criminal matters.*

### Services We Provide:
- <u>Limited-scope legal counseling</u> by an attorney. "Limited-scope" assistance means that the Project attorney cannot take your case for representation. After you meet with us, you will still act as your own lawyer on your case.
- Explaining federal court procedures and rules involved in your case.
- Advising you about potential federal claims before you file a lawsuit.
- Advice on drafts of court papers.
- Providing referrals to legal, governmental, and social services.

### How to Get Free Legal Help:
- Walk-in consultation hours:
  - Mondays from 1:00 p.m. – 3:00 p.m.
  - Wednesdays from 1:00 p.m. – 3:00 p.m.

- Scheduled consultation hours (*please call for an appointment*).

- Please leave a voicemail at 212.382.4729; or
- Complete our intake form at https://www.citybarjusticecenter.org/fedpro/intake on your phone or computer.



Federal Pro Se Legal Assistance Project
c/o U.S. District Court, E.D.N.Y.
225 Cadman Plaza East, Room 108N
Brooklyn, NY 11201
(212) 382-4729
www.citybarjusticecenter.org

*Nov. 10, 2022*