*** Filed ***
05:18 PM, 15 Mar, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

_____

Jonathan Benamou,

        Plaintiff,

                                        **Index number: 24-CV-4592 (OEM) (CLP)**

v.

                                        **Amended complaint and demand for jury trial**

Adina Miles

        Defendants

_____

Jonathan Benamou

5201 White Flint Drive

Kensington, MD 20895. Plaintiff's telephone number is +1 (732) 929-5671 and email address is

yonibenamou@gmail.com

PLAINTIFF'S FIRST SET OF INTERROGATORIES

(To Defendant Adina Miles)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Jonathan Benamou requests that Defendant Adina Miles answer the following interrogatories under oath within 30 days.

Interrogatory No. 1

Identify every Instagram account you have owned, controlled, or used since January 1, 2023.

Interrogatory No. 2

State the number of followers your Instagram account had on February 4, 2024.

Interrogatory No. 3

Describe in detail your role in organizing the protest referenced in the Complaint that took place in Kiryas Yoel, New York on February 4, 2024.

Interrogatory No. 4

Identify every person who assisted you in organizing that protest.

Interrogatory No. 5

Identify every person who attended the protest at your request or invitation.

Interrogatory No. 6

Describe every statement you made about Plaintiff during the protest.

Interrogatory No. 7

State whether you recorded any video of Plaintiff during the protest.

Interrogatory No. 8

If you recorded video of Plaintiff, describe the video and state where it was published.

Interrogatory No. 9

State whether you posted any video of Plaintiff on Instagram.

Interrogatory No. 10

If so, identify the date and time the video was posted.

Interrogatory No. 11

State whether the video included statements accusing Plaintiff of threatening to kill his wife while she was pregnant.

Interrogatory No. 12

State the factual basis for your claim that Plaintiff threatened to kill his wife.

Interrogatory No. 13

Identify every person who told you that Plaintiff allegedly threatened to kill his wife.

Interrogatory No. 14

Identify all documents or communications that support your claim that Plaintiff threatened to kill his wife.

Interrogatory No. 15

State whether you verified the truth of that accusation before posting it publicly.

Interrogatory No. 16

Identify every social media platform where you posted statements about Plaintiff.

Interrogatory No. 17

Identify every post you made about Plaintiff from January 1, 2024 to present.

Interrogatory No. 18

State whether you encouraged followers to contact Plaintiff.

Interrogatory No. 19

State whether you encouraged followers to boycott Plaintiff.

Interrogatory No. 20

State whether you encouraged followers to contact Plaintiff's employers.

Interrogatory No. 21

Identify every communication you received about Plaintiff after posting the video.

Interrogatory No. 22

State whether you received messages from followers discussing harassment of Plaintiff.

Interrogatory No. 23

Identify every person who contacted you regarding Plaintiff after the video was posted.

Interrogatory No. 24

State whether you have ever accused other individuals of refusing to give a Jewish divorce.

Interrogatory No. 25

Identify every person you have publicly accused of refusing to give a "get."

---

PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION

(To Defendant Adina Miles)

Pursuant to Rule 34, Defendant must produce the following documents.

1. All videos recorded at the February 4, 2024 protest.

2. All photographs taken at that protest.

3. All Instagram posts referencing Plaintiff.

4. All Instagram stories referencing Plaintiff.

5. All drafts of posts referencing Plaintiff.

6. All messages discussing Plaintiff with any person.

7. All communications with followers about Plaintiff.

8. All communications encouraging people to contact Plaintiff.

9. All communications encouraging people to boycott Plaintiff.

10. All communications encouraging people to contact Plaintiff's employer.

11. All communications discussing the alleged threat Plaintiff made to his wife.

12. All documents supporting your claim that Plaintiff threatened to kill his wife.

13. All communications with media about Plaintiff.

14. All communications with protest organizers.

15. All communications with individuals who attended the protest.

16. All messages received from followers after posting the video.

17. All analytics showing views of the video.

18. All records showing the number of views of the video.

19. All documents relating to the removal or editing of the video.

20. All communications referencing this lawsuit.

---

## PLAINTIFF'S FIRST REQUESTS FOR ADMISSION

Admit or deny the following.

1. Admit you organized the protest in Kiryas Yoel on February 4, 2024.

2. Admit you recorded video of Plaintiff at that protest.

3. Admit you posted that video on Instagram.

4. Admit the video accused Plaintiff of threatening to kill his wife.

5. Admit you published those statements to more than 1,000 people.

6. Admit you had more than 50,000 Instagram followers at that time.

7. Admit you did not verify the truth of the accusation before posting it.

8. Admit you encouraged followers to contact Plaintiff.

9. Admit followers contacted Plaintiff after your post.

10. Admit followers accused Plaintiff of crimes after your post.

11. Admit the accusation that Plaintiff threatened to kill his wife was never proven in court.

12. Admit you never personally witnessed Plaintiff threaten his wife.